1 | Kenneth W. Chung, Bar No. 167872
Scott M. Bonesteel, Bar No. 125921
2 | Matthew A. Reynolds, Bar No. 214889
Alyssa L. Morrison, Bar No. 239153
3 | KRING & CHUNG, LLP
38 Corporate Park
4 | Irvine, CA 92606-5105
Telephone: (949) 261-7700
5 | Facsimile: (949) 261-8800

6 | Attorneys for Plaintiff
IMAGECLICK, INC.

7

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | IMAGECLICK, INC., a California corporation, ) Case No. SACV09-1338 SVW (PJWx)
12 | ) **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**
Plaintiff, )
13 | vs. )
) Pre-Trial Conference: July 26, 2010
14 | D.B. HANNAM CHAIN, INC., a California corporation; KYE WON MOON dba MASTERY OF ASIAN DYNAMICS dba M. AD dba MAD4ASIA; and DOES 1 through 10, inclusive, ) Trial Date: August 3, 2010
15 | )
) Priority ____
16 | ) Send ____
) Enter ____
17 | ) Closed ____
) JS-5/JS-6 ✓
18 | Defendants. ) JS-2/JS-3 ____
) Scan Only ____

19 | IT IS HEREBY ORDERED that the Complaint of Plaintiff IMAGECLICK,

20 | INC., USDC Case No. SACV09-1338 SVW (PJWx), is hereby dismissed with

21 | prejudice **as to KYE WON MOON dba MASTERY OF ASIAN DYNAMICS**

22 | **dba M. AD dba MAD4ASIA** (MOON). MOON is the last remaining party, and this

23 | action is therefore dismissed in its entirety.

24

25 | Dated: 10/7/10                                    _____

26 |                                                    United States District Court Judge

27

28

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

F:\3875\0004\cf\Proposed Order re Stip for Dismissal.Moon.doc